■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD RODRIGUEZ, Appellant. [46 NYS3d 878]—Judgment, Supreme Court, New York County (Melissa C. Jackson, J.), rendered June 11, 2013, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of five years, with five years' postrelease supervision, unanimously modified, on the law, to the extent of vacating the period of postrelease supervision and remanding the matter for further proceedings in accordance with this decision, and otherwise affirmed.

Defendant is entitled to a remand for the sole purpose of reconsideration of the length of the term of postrelease supervision (*see People v Reynolds*, 57 AD3d 336 [1st Dept 2008], *lv denied* 12 NY3d 787 [2009]). It appears that the court did not realize that it had the discretion to impose a term of post-release supervision of as little as 2½ years. Concur—Friedman, J.P., Richter, Kapnick and Kahn, JJ.